```
Court Name: United States District Court
Division: 1
Receipt Number: 14683012376
Cashier ID: rbroaden
Transaction Date: 03/24/2010
Payer Name: KAYE SCHOLER
-----------------------------------
CIVIL FILING FEE
 For: KAYE SCHOLER
 Amount:         $350.00
-----------------------------------
CHECK
 Remitter: KAYE SCHOLER
 Check/Money Order Num: 13288
 Amt Tendered:  $350.00
-----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

FILING FEE
210CV128
```