AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____EDVA, Norfolk Division____ on the following   X  Patents or   ☐ Trademarks:

| DOCKET NO.<br>2:10cv128 | DATE FILED<br>3/24/10 | U.S. DISTRICT COURT<br>EDVA, U.S. Courthouse, Room 193-B, 600 Granby St., Norfolk, VA 23510 |
|---|---|---|
| PLAINTIFF<br><br>Pfizer Inc.; Pfizer Limited; and Pfizer Ireland Pharmaceuticals | | DEFENDANT<br><br>Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,469,012 | 10/22/02 | See Complaint |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>FERNANDO GALINDO | (BY) DEPUTY CLERK<br>/s/ Karen V. Griffin | DATE<br>3/26/10 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**