```
                                    FILED
                                    MAY - 4 2010
                                    CLERK, U.S. DISTRICT COURT
                                         NORFOLK, VA
```

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

---

PFIZER INC., PFIZER LIMITED and )
PFIZER IRELAND PHARMACEUTICALS, )
) Civil Action No. 2:10-cv-00128-RBS-FBS
          Plaintiffs, )
)
v. )
)
TEVA PHARMACEUTICALS USA, INC. and )
TEVA PHARMACEUTICAL )
INDUSTRIES, LTD., )
)
          Defendants. )

---

**STIPULATION DISMISSING COMPLAINT WITHOUT PREJUDICE
AS TO DEFENDANT TEVA PHARMACEUTICAL
INDUSTRIES, LTD. AND AMENDING CAPTION**

Plaintiffs Pfizer Inc., Pfizer Limited and Pfizer Ireland Pharmaceuticals (collectively, "Pfizer"), and Defendants Teva Pharmaceuticals USA, Inc. ("Teva USA") and Teva Pharmaceutical Industries, Ltd. ("Teva Ltd."), by and through their respective counsel, hereby stipulate, subject to the approval of the Court, to dismiss the Complaint filed by Pfizer against Teva Ltd. in this action. The action will continue against Teva USA. It is further stipulated that this dismissal shall be without prejudice and shall be subject to the following conditions:

1.    Teva Ltd., through its undersigned counsel, hereby waives service of the Complaint in this action and agrees to be bound by any Judgment, Order or decision entered in this action, or in any appeal thereof. For the purposes of Paragraphs 2, 3 and 4 of this Stipulation, "Teva Ltd." shall include any entity directly or indirectly controlled by Teva Ltd. having in its custody or control documents, witnesses, or information relating to the subject matter of this action. Nothing in this Stipulation, however, shall work, operate or be urged or



construed to impose on Teva USA any obligation with respect to discovery or requests for admissions in this action that extends beyond or is otherwise inconsistent with the obligations that would be imposed on Teva Ltd. by the Federal Rules of Civil Procedure if Teva Ltd. was a party to this action.

2. Teva Ltd. and Teva USA stipulate that documents, witnesses and information in the possession, custody or control of Teva Ltd. and relating to the subject matter of this action, including the issue of damages, are in Teva USA's custody or control for purposes of discovery or requests for admissions in this lawsuit, subject to paragraph 4 below.

3. Pursuant to paragraph 2 above, the term "Teva USA," as used in discovery requests or requests for admissions in this action, will include Teva Ltd., and Teva USA will respond and object to discovery requests for information in the possession, custody or control of Teva Ltd., including requests for Rule 30(b)(6) deposition testimony, and will certify interrogatory responses containing Teva Ltd. information.

4. If the parties agree that a Teva Ltd. employee is a necessary fact witness, the witness will be made available for deposition upon notice to Teva USA. If the parties disagree about whether the employee is a necessary fact witness, or about the location of a deposition, then the parties shall present the matter to the Court for resolution. If the Court orders that the deposition of the Teva Ltd. employee shall be taken, then the witness will be made available for deposition in accordance with the terms of the Court's Order, without requiring Pfizer to comply with the requirements of The Hague Convention.



5.  If Pfizer moves the Court at any time during the pendency of this action to join Teva Ltd. as a party, and the Court orders that Teva Ltd. be so joined, counsel for Teva USA will accept service of process on behalf of Teva Ltd., without requiring Pfizer to comply with the requirements of The Hague Convention.

6.  The case caption in this action shall be amended to read as follows: "Pfizer Inc., Pfizer Limited and Pfizer Ireland Pharmaceuticals v. Teva Pharmaceuticals USA, Inc., Civil Action No. C.A. No. 2:10-cv-00128-RBS-FBS."

Blank on original.

/s/  -RBS-
Rebecca Beach Smith
United States District Judge

Dated: April 27, 2010

| | |
|---|---|
| WILLCOX & SAVAGE<br><br>*[signature]*<br><br>Conrad M. Shumadine<br>One Commercial Place<br>Suite 1800<br>Norfolk, VA 23510<br>(757) 628-5500 telephone<br>(757) 628-5566 facsimile<br>Email: cshumadine@wilsav.com<br><br>Coke Morgan Stewart (Va. Bar. 41933)<br>R. William Sigler (Va. Bar No. 65940)<br>KAYE SCHOLER LLP<br>The McPherson Building<br>901 Fifteenth Street, NW<br>Washington, DC 20005<br>(202) 682-3500 telephone<br>(202) 682-3580 facsimile<br>Email: coke.stewart@kayescholer.com<br>Email: bill.sigler@kayescholer.com<br><br>**Of counsel:**<br>Aaron Stiefel<br>Daniel P. DiNapoli<br>Soumitra Deka<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY 10022<br>(212) 836-8000 telephone<br>(212) 836-8689 facsimile<br>Email: astiefel@kayescholer.com<br>Email: ddinapoli@kayescholer.com<br>Email: sdeka@kayescholer.com<br><br>*Attorneys for Plaintiffs Pfizer Inc., Pfizer Limited, and Pfizer Ireland Pharmaceuticals* | GOODWIN PROCTER LLP<br><br>*[signature]*<br><br>David M. Young (VSB No. 35997)<br>901 New York Avenue, N.W.<br>Washington, DC 20001-4432<br>Telephone: (202) 346-4000<br>Facsimile: (202) 346-4444<br>DYoung@goodwinprocter.com<br><br>*Counsel for Defendant Teva Pharmaceuticals USA, Inc and Teva Pharmaceutical Industries, Ltd.* |

SO ORDERED this 4th day of MAY, 2010

/s/
Rebecca Beach Smith
United States District Judge
UNITED STATES DISTRICT JUDGE