

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

PFIZER INC., PFIZER LIMITED, and
PFIZER IRELAND PHARMACEUTICALS,

    Plaintiffs and
    Counterclaim Defendants,

v.

TEVA PHARMACEUTICALS USA, INC.

    Defendant and
    Counterclaim Plaintiff.

Civil Action No. 2:10 cv 128 RBS/FBS

## AGREED ORDER RE: CLAIM CONSTRUCTION

THIS DAY came the parties and jointly moved the Court to adopt the agreement set forth in the Joint Claim Construction and Prehearing Statement filed with the Court regarding the time for and order of argument for the Markman Hearing presently scheduled for December 13, 2010, beginning at 10:00 a.m. before this Court. Whereupon, the Court

ORDERS that the schedule set forth in the Joint Claim Construction and Prehearing Statement is hereby adopted.

ENTERED this 13th day of October, 2010.

/s/
Rebecca Beach Smith
United States District Judge
United States District Court Judge

WE ASK FOR THIS:

*[signature]*
Conrad M. Shumadine
VSB No. 4325
Counsel for Phizer, Inc., Phizer Limited
and Pfizer Ireland Pharmaceuticals
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
Tel: (757)628-5500
Fax: (757)628-5566
Email: cshumadine@wilsav.com

*[signature]*
Gregory N. Stillman
VSB No. 14308
Counsel for Teva Pharmaceuticals USA, Inc.
Hunton & Williams LLP
500 East Main Street, Suite 1000
Norfolk, Virginia 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
gstillman@hunton.com