UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
NOV 22 2010
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

---------------------------------------------------------------x
)
PFIZER INC., PFIZER LIMITED and )
PFIZER IRELAND PHARMACEUTICALS, )
) Civil Action No. 2:10-cv-00128-RBS-FBS
Plaintiffs and )
Counterclaim Defendants, )
)
v. )
)
TEVA PHARMACEUTICALS USA, INC., )
)
Defendant and )
Counterclaim Plaintiff. )
---------------------------------------------------------------x

## CONSENT ORDER

Defendant and Counterclaim Defendant Teva Pharmaceuticals USA, Inc. ("Teva") together with Plaintiffs and Counterclaim Defendants Pfizer Inc., Pfizer Limited, and Pfizer Ireland Pharmaceuticals (collectively "Pfizer") hereby jointly request that (1) the deadline for Pfizer's response to Teva's Motion for Leave to File an Amended Answer and Counterclaim be extended until November 29, 2010, and (2) the deadline for Teva's reply be extended until December 6, 2010. These extensions will not affect any other deadlines in this case.

IT IS SO ORDERED, ADJUDGED and DECREED.

Entered this 22nd day of November, 2010.

/s/
Rebecca Beach Smith
United States District Judge
United States District Judge

**WE ASK FOR THIS:**

*/s/ Gregory N. Stillman*

Gregory N. Stillman (VSB #14308)
Brent L. VanNorman (VSB #45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, Virginia 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
gstillman@hunton.com
bvannorman@hunton.com

Kevin J. Culligan (admitted *pro hac vice*)
David M. Hashmall (admitted *pro hac vice*)
John P. Hanish (admitted *pro hac vice*)
Keith A. Zullow (admitted *pro hac vice*)
Joshua A. Whitehill (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
kculligan@goodwinprocter.com
dhashmall@goodwinprocter.com
jhanish@goodwinprocter.com
kzullow@goodwinprocter.com
jwhitehill@goodwinprocter.com

*Counsel for Teva Pharmaceuticals USA, Inc.*


Conrad M. Shumadine (VSB #4325)
Email: cshumadine@wilsav.com
Brett A. Spain (VSB #44567)
Email: bspain@wilsav.com
**WILLCOX & SAVAGE**
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566

Coke Morgan Stewart (VSB #41933)
Email: coke.stewart@kayescholer.com
R. William Sigler (VSB #65940)
Email: bill.sigler@kayescholer.com
**KAYE SCHOLER LLP**
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 682-3500
Facsimile: (202) 682-3580

Aaron Stiefel (admitted *pro hac vice*)
Email: astiefel@kayescholer.com
Daniel P. DiNapoli (admitted *pro hac vice*)
Email: ddinapoli@kayescholer.com
Marc N. Zubick (admitted *pro hac vice*)
Email: mzubick@kayescholer.com
Soumitra Deka (admitted *pro hac vice*)
Email: sdeka@kayescholer.com
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Counsel for Pfizer Inc., Pfizer Limited
and Pfizer Ireland Pharmaceuticals*