UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

---

| | |
|---|---|
| PFIZER INC., PFIZER LIMITED and PFIZER IRELAND PHARMACEUTICALS, | ) ) ) ) Civil Action No. 2:10-cv-00128-RBS-FBS |
| Plaintiffs and Counterclaim Defendants, | ) ) ) |
| v. | ) ) |
| TEVA PHARMACEUTICALS USA, INC., | ) ) |
| Defendant and Counterclaim Plaintiff. | ) ) |

---

**NOTICE OF WITHDRAWAL OF
TEVA'S MOTION TO COMPEL PFIZER TO PRODUCE DOCUMENTS
RELATING TO SECONDARY CONSIDERATIONS FOR NON-OBVIOUSNESS**

Without objection, as the issues raised by Teva's Motion to Compel have been satisfactorily resolved by agreement, Teva provides notice of its withdrawal of its Motion to Compel Pfizer to Produce Documents Relating to Secondary Considerations of Non-Obviousness (ECF #88) filed on February 10, 2011.

2

Dated:  February 28, 2011                                   TEVA PHARMACEUTICALS USA, INC.

By:   /s/
Gregory N. Stillman (VSB #14308)
Brent L. VanNorman (VSB #45956)
HUNTON & WILLIAMS LLP
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
gstillman@hunton.com
bvannorman@hunton.com
*Counsel for Defendant and Counterclaim
Plaintiff Teva Pharmaceuticals USA, Inc.*

Kevin J. Culligan (admitted *pro hac vice*)
David M. Hashmall (admitted *pro hac vice*)
John P. Hanish (admitted *pro hac vice*)
Keith A. Zullow (admitted *pro hac vice*)
Joshua A. Whitehill (admitted *pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
kculligan@goodwinprocter.com
dhashmall@goodwinprocter.com
jhanish@goodwinprocter.com
kzullow@goodwinprocter.com
jwhitehill@goodwinprocter.com
*Counsel for Defendant and Counterclaim
Plaintiff Teva Pharmaceuticals USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2011, I will electronically file the foregoing Notice of Withdrawal of Teva's Motion to Compel Pfizer to Produce Documents Relating to Secondary Considerations of Non-Obviousness using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

Conrad M. Shumadine (VSB #4325)
Email: cshumadine@wilsav.com
Brett A. Spain (VSB #44567)
Email: bspain@wilsav.com
**WILLCOX & SAVAGE**
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566

Coke Morgan Stewart (VSB #41933)
Email: coke.stewart@kayescholer.com
R. William Sigler (VSB #65940)
Email: bill.sigler@kayescholer.com
**KAYE SCHOLER LLP**
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 682-3500
Facsimile: (202) 682-3580

Aaron Stiefel *(admitted pro hac vice)*
Email: astiefel@kayescholer.com
Daniel P. DiNapoli *(admitted pro hac vice)*
Email: ddinapoli@kayescholer.com
Marc N. Zubick *(admitted pro hac vice)*
Email: mzubick@kayescholer.com
Soumitra Deka *(admitted pro hac vice)*
Email: sdeka@kayescholer.com
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

Alan Michael Fisch (*admitted pro hac vice*)
Email: alan.fisch@kayescholer.com
**KAYE SCHOLER LLP**
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 682-3500
Facsimile: (202) 682-3580

*Counsel for Plaintiffs and Counterclaim Defendants*
*Pfizer Inc., Pfizer Limited and Pfizer Ireland Pharmaceuticals*

/s/
Gregory N. Stillman (VSB #14308)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5314
Facsimile: (757) 625-7720
gstillman@hunton.com

*Counsel for Defendant and Counterclaim Plaintiff*
*Teva Pharmaceuticals USA, Inc.*