**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

```
-----------------------------------------------------------------x
                                                                 )
PFIZER INC. and PFIZER LIMITED,                                  )
                                                                 ) Civil Action No. 2:10-cv-00128-RBS-FBS
                Plaintiffs and                                   )
                Counterclaim Defendants,                         )
                                                                 )
        v.                                                       )
                                                                 )
TEVA PHARMACEUTICALS USA, INC.,                                  )
                                                                 )
                Defendant and                                    )
                Counterclaim Plaintiff.                          )
-----------------------------------------------------------------x
```

## TEVA'S NOTICE OF APPEAL

Defendant and Counterclaim Plaintiff Teva Pharmaceuticals USA, Inc. ("Teva") hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered by the District Court on August 16, 2011 (D.I. 471), and from any and all other judgments, rulings, findings, orders and/or conclusions that the District Court decided adversely to Teva, in whole or in part, including, without limitation, those in the District Court's Opinion and Final Order dated August 12, 2011 (D.I. 470).

Teva concurrently submits payment of the $5 filing fee required by 28 U.S.C. § 1917 and the $450 docketing fee required by Federal Circuit Rule 52(a)(3)(A), paid to this Court pursuant to Federal Rule of Appellate Procedure 3(e) and Federal Circuit Rule 52(a)(2).

| | |
|---|---|
| Dated:  September 9, 2011 | TEVA PHARMACEUTICALS USA, INC.<br><br>By:  /s/ _____<br>Gregory N. Stillman (VSB #14308)<br>Brent L. VanNorman (VSB #45956)<br>HUNTON & WILLIAMS LLP<br>500 East Main Street, Suite 1000<br>Norfolk, VA 23510<br>Telephone: (757) 640-5300<br>Facsimile: (757) 625-7720<br>gstillman@hunton.com<br>bvannorman@hunton.com<br>***Counsel for Defendant and Counterclaim Plaintiff Teva Pharmaceuticals USA, Inc.*** |

Kevin J. Culligan (admitted *pro hac vice*)
David M. Hashmall (admitted *pro hac vice*)
John P. Hanish (admitted *pro hac vice*)
Keith A. Zullow (admitted *pro hac vice*)
Joshua A. Whitehill (admitted *pro hac vice*)
Charles Wizenfeld (admitted *pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
kculligan@goodwinprocter.com
dhashmall@goodwinprocter.com
jhanish@goodwinprocter.com
kzullow@goodwinprocter.com
jwhitehill@goodwinprocter.com
cwizenfeld@goodwinprocter.com
***Counsel for Defendant and Counterclaim Plaintiff Teva Pharmaceuticals USA, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September 2011, I will electronically file the foregoing Teva's Notice of Appeal using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

Conrad M. Shumadine (VSB #4325)
Email: cshumadine@wilsav.com
Brett A. Spain (VSB #44567)
Email: bspain@wilsav.com
**WILLCOX & SAVAGE**
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566

R. William Sigler (VSB #65940)
Email: bill.sigler@kayescholer.com
**KAYE SCHOLER LLP**
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 682-3500
Facsimile: (202) 682-3580

Aaron Stiefel *(admitted pro hac vice)*
Email: astiefel@kayescholer.com
Daniel P. DiNapoli *(admitted pro hac vice)*
Email: ddinapoli@kayescholer.com
Marc N. Zubick *(admitted pro hac vice)*
Email: mzubick@kayescholer.com
Soumitra Deka *(admitted pro hac vice)*
Email: sdeka@kayescholer.com
Steven J. Glassman *(admitted pro hac vice)*
sglassman@kayescholer.com
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

Alan Michael Fisch (*admitted pro hac vice*)
Email: alan.fisch@kayescholer.com
**KAYE SCHOLER LLP**
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 682-3500
Facsimile: (202) 682-3580

*Counsel for Plaintiffs and Counterclaim Defendants*
*Pfizer Inc. and Pfizer Limited*


/s/
Gregory N. Stillman (VSB #14308)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5314
Facsimile: (757) 625-7720
gstillman@hunton.com

*Counsel for Defendant and Counterclaim Plaintiff*
*Teva Pharmaceuticals USA, Inc.*

2