UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

---

PFIZER INC. and PFIZER LIMITED,

      Plaintiffs and
      Counterclaim Defendants,

      v.

TEVA PHARMACEUTICALS USA, INC.,

      Defendant and
      Counterclaim Plaintiff.

Civil Action No. 2:10-cv-00128-RBS-FBS

---

## TEVA'S AMENDED NOTICE OF APPEAL

Defendant and Counterclaim Plaintiff Teva Pharmaceuticals USA, Inc. ("Teva") hereby amends its September 9, 2011 Notice of Appeal (D.I. 480)[1] to appeal to the United States Court of Appeals for the Federal Circuit from the Amended Judgment entered by the District Court on October 3, 2011 (D.I. 496), and from any and all other judgments, rulings, findings, orders and/or conclusions that the District Court decided adversely to Teva, in whole or in part, in the District Court's August 12, 2011 Opinion and Final Order (D.I. 470), or in the District Court's September 30, 2011 Memorandum Order (D.I. 495).[2]

Under Federal Rule of Appellate Procedure 4(a)(4)(B)(iii), no additional fee is required to file this amended notice of appeal.

---

[1] The United States Court of Appeals for the Federal Circuit docketed Teva's appeal on September 19, 2011 as Case No. 2011-1594, which currently is pending.

[2] On October 17, 2011, the District Court entered a Judgment awarding attorney fees to Pfizer Inc. and Pfizer Limited (D.I. 498). Teva reserves its right to appeal from that Judgment.

Dated: October 28, 2011            TEVA PHARMACEUTICALS USA, INC.

By:        /s/       
Gregory N. Stillman (VSB #14308)
Brent L. VanNorman (VSB #45956)
HUNTON & WILLIAMS LLP
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
gstillman@hunton.com
bvannorman@hunton.com
***Counsel for Defendant and Counterclaim***
***Plaintiff Teva Pharmaceuticals USA, Inc.***

Kevin J. Culligan (admitted *pro hac vice*)
David M. Hashmall (admitted *pro hac vice*)
John P. Hanish (admitted *pro hac vice*)
Keith A. Zullow (admitted *pro hac vice*)
Joshua A. Whitehill (admitted *pro hac vice*)
Charles Wizenfeld (admitted *pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
kculligan@goodwinprocter.com
dhashmall@goodwinprocter.com
jhanish@goodwinprocter.com
kzullow@goodwinprocter.com
jwhitehill@goodwinprocter.com
cwizenfeld@goodwinprocter.com
***Counsel for Defendant and Counterclaim***
***Plaintiff Teva Pharmaceuticals USA, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of October 2011, I will electronically file the foregoing Teva's Amended First Notice of Appeal using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

Conrad M. Shumadine (VSB #4325)
Email: cshumadine@wilsav.com
Brett A. Spain (VSB #44567)
Email: bspain@wilsav.com
**WILLCOX & SAVAGE**
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566

R. William Sigler (VSB #65940)
Email: bill.sigler@kayescholer.com
**KAYE SCHOLER LLP**
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 682-3500
Facsimile: (202) 682-3580

Aaron Stiefel *(admitted pro hac vice)*
Email: astiefel@kayescholer.com
Daniel P. DiNapoli *(admitted pro hac vice)*
Email: ddinapoli@kayescholer.com
Marc N. Zubick *(admitted pro hac vice)*
Email: mzubick@kayescholer.com
Soumitra Deka *(admitted pro hac vice)*
Email: sdeka@kayescholer.com
Steven J. Glassman *(admitted pro hac vice)*
sglassman@kayescholer.com
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

Alan Michael Fisch (*admitted pro hac vice*)
Email: alan.fisch@kayescholer.com
**KAYE SCHOLER LLP**
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 682-3500
Facsimile: (202) 682-3580

*Counsel for Plaintiffs and Counterclaim Defendants*
*Pfizer Inc. and Pfizer Limited*


_____/s/_____
Brent L. VanNorman (VSB #45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
bvannorman@hunton.com

*Counsel for Defendant and Counterclaim Plaintiff*
*Teva Pharmaceuticals USA, Inc.*